FILED BY _____ D.C.

OCT 0 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATE DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Isaac Mathis,
Plaintiff,                                              Case No._____

VS.

Florida Department of Corrections,
Correctional Officer Remington Walker,
Officer Adam Gaddie, Sergeant Brandon Cothran,
Defendant(s).

<u>Requesting Jury Trail.</u>

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

### I. PARTY INFORMATION
**A. Plaintiff**
1. Plaintiff's Name: Isaac Mathis
Address : Dorm- C.123, Florida State Hospital, P.O. Box 1000, Chattahoochee, Florida
32324-1000.
Date of Birth: 1995
Inmate/ Prison Number: I40363 ( At timing of Incident. )

VS.

**B. Defendant(s)**
1. Defendant's Name: Florida Department of Corrections
Mailing Address:  Florida Department of Corrections, Office of General Counsel, 501 South
Calhoun Street, Tallahassee, Florida 32399-2500.
Sued in Individual Capacity and Official Capacity.

 2. Defendant's Name: Remington Walker
Official Position: Correctional Officer
Employed At: Florida Department of Corrections ( At timing of Incident. )
Mailing Address: Martin Correctional Institution, 1150 S.W. Allapattah Road, Indiantown,

1

Case/div 550
Case # _____
Judge _____  Mag. Reid
Motn Ifp Yes   Fee pd $ NO
Receipt # _____

Florida 34956
Sued in Individual Capacity and Official Capacity.

3. Defendant's Name: Adam Gaddie
Official Position: Correctional Officer
Employed At: Florida Department of Corrections ( At timing of Incident. )
Mailing Address: Martin Correctional Institution, 1150 S.W. Allapattah Road, Indiantown,
Florida 34956
Sued in Individual Capacity and Official Capacity.

4. Defendant's Name: Brandon Cothran
Official Position: Sergeant
Employed At: Florida Department of Corrections ( At timing of Incident. )
Mailing Address: Martin Correctional Institution, 1150 S.W. Allapattah Road, Indiantown,
Florida 34956
Sued in Individual Capacity and Official Capacity.


## II. BASIS FOR JURISDICTION

Under 42 U.S.C. 1983, you may sue state or local officials for the " deprivation of any rights,
privileges, or immunities secured by the Constitution" and federal law.

Bring Suit Against State/ Local Officials. ( Civil Rights Act, 42 U.S.C. 1983)

## III. STATEMENT OF FACTS

On April 19, 2016, Gulf dormitory, Unit One, Martin Correctional Institution, Indiantown,
Florida 34956, Martin County;
1. At approximately 1332 hours, Sergeant Cothran, officer Walker, and officer Gaddie, entered
wing one and ask Inmate Mathis to turn around as Officer Gaddie secured his handcuffs.
2. At approximately 1332:08 hours, Inmate Mathis is handcuffs are secured behind his back
and sits down on the bench.
3. At approximately 1332:48 hours, Officer  Gaddie extends his arms towards Inmate Mathis
and they appear to be engaged in a conversation.
4. At approximately 1334 hours, Inmate Mathis appears to be speaking with officers.
5. At approximately 1335 hours, officer Gaddie waves his hand at the control room officer.
6. At approximately 1336 hours, Sgt. Cothran and Officer Walker walk into the sally port and
have a conversation.
7. At approximately 1337 hours, officer Gaddie and Sergeant Cothran have a conversation in
the sally port and then they return to the wing.
8. At approximately 1339 hours, Officer Gaddie extends his arms towards Inmate Mathis and
motions for him to move forward and stand. Inmate Mathis hesitates and then proceeds to

2

move his body forward as if he was going to stand. Officer Gaddie then motion for Inmate Mathis to stop and Inmate Mathis complies. Inmate Mathis buttocks never actually leaves the bench. Officer Walker hesitates for a second remove his chemical agents from the holster and sprays striking Inmate Mathis in his facial area. Officer Walker immediately force Inmate Mathis to the floor and position himself on Inmate Mathis back. Officer Gaddie grabs Inmate Mathis legs and then positions himself on top of Inmate Mathis legs.

9. At approximately 1339:57 hours, Sergeant Cothran walks inside the sally port area.

10. At approximately 1340 hours, Officer Gaddie is seen speaking on his held radio.

11. At approximately 1340:26 hours, Sergeant Cothran leaves Gulf dormitory.

12. At approximately 1341:11 hours, Officer Gaddie is seen talking on his hand held radio.

13. At approximately 1342:37 hours, Officer Walker sprays Inmate Mathis a second time with chemical agents in the facial area.

14. At approximately 1343 hours, Officer Gaddie is positioned on the inmate's legs and Officer Walker is positioned on the inmate's back. Inmate Mathis at this time is seen moving his legs and fingers, however, not attempting to get up.

15. At approximately 1343:49 hours, Officer Gaddie is seen talking on his hand held radio.

16. At approximately 1344:24 hours, officer Regina Hawkins arrived in the dormitory with leg restraints. Officer Hawkins gives the restraints to Officer Gaddie and then exits the dormitory.

17. At approximately 1344:50 hours, Officer Gaddie applies the leg restraints to Inmate Mathis.

18. At approximately 1345:32 hours, Officer Gaddie and Officer Walker tries to stand Inmate Mathis on his feet. Inmate Mathis would not stand up and the officers directed him back to the floor.

19. At approximately 1346 hours, Captain Johnny Riegel ( Captain Riegel ) arrives at Gulf dormitory and enters wing one.

20. At approximately 1346:47 hours, Major Walter Sooy and Major Victor Barber arrived at Gulf dormitory wing one.

21. At approximately 1347 hours, Officer Gaddie assists Inmate Mathis to his feet and sits him on the bench inside the wing.

22. At approximately 1347:58 hours, Officer Gaddie and Captain Riegel exits Gulf dormitory escorting Inmate Mathis to confinement without further incident.


IV. STATEMENT OF CLAIMS

In Violation of the, Amendments to the Constitution of the United States of America, Amendment VIII. Correctional Officer Remington Walker;

1. Hesitates for a second removes his chemical agents from the holster and sprays striking Inmate Mathis in the facial area. then, Officer Walker immediately forces Inmate Mathis to the floor and position himself on Inmate Mathis back.

2. Sprays striking Inmate Mathis a second time with chemical agents in the facial area, then

3

repositioning himself on Inmate Mathis's back.

In Violation of the, Amendments to the Constitution of the United States of America, Amendment VIII. Correctional Officer Adam Gaddie;
1. Restrain Inmate Mathis legs as Correctional Officer Walker administered chemical agents striking Inmate Mathis in the federal area on multiple occasions.

In Violation of the, Amendments to the Constitution of the United States of America, Amendment VIII. Sergeant Brandon Cothran;
1. Committed Premeditation Malicious Battery with Great Bodily Harm with in intent, by allowing Officer Walker and Officer Gaddie to unlawfully release chemical agents striking Inmate Mathis in the facial area multiple times while restrained, and battering Inmate Mathis by using extreme but excessive use of force maliciously while restrained.

In Violation of the, Amendments to the Constitution of the United States of America, Amendment XIV. Correctional Officer Remington Walker;
1. Hesitates for a second removes his chemical agents from the holster and sprays striking Inmate Mathis in the facial area. then, Officer Walker immediately forces Inmate Mathis to the floor and position himself on Inmate Mathis back.
2. Sprays striking Inmate Mathis a second time with chemical agents in the facial area, then repositioning himself on Inmate Mathis's back.
3. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

In Violation of the, Amendments to the Constitution of the United States of America, Amendment XIV. Correctional Officer Adam Gaddie;
1. Restrain Inmate Mathis legs as Correctional Officer Walker administered chemical agents striking Inmate Mathis in the federal area on multiple occasions.
2. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

In Violation of the, Amendments to the Constitution of the United States of America, Amendment XIV. Sergeant Brandon Cothran;
1. Committed Premeditation Malicious Battery with Great Bodily Harm with in intent, by allowing Officer Walker and Officer Gaddie to unlawfully release chemical agents striking Inmate Mathis in the facial area multiple times while restrained, and battering Inmate Mathis by using extreme but excessive use of force maliciously while restrained.

In Violation of, Chapter.33-208.002 (8),(12),(14),(19), Rules of Conduct. Correctional Officer Remington Walker;

4

1. Hesitates for a second removes his chemical agents from the holster and sprays striking Inmate Mathis in the facial area. then, Officer Walker immediately forces Inmate Mathis to the floor and position himself on Inmate Mathis back.
2. Sprays striking Inmate Mathis a second time with chemical agents in the facial area, then repositioning himself on Inmate Mathis's back.
3. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

In Violation of, Chapter.33-208.002 (8),(12),(14),(19), Rules of Conduct. Correctional Officer Adam Gaddie;
1. Restrain Inmate Mathis legs as Correctional Officer Walker administered chemical agents striking Inmate Mathis in the federal area on multiple occasions.
2. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

In Violation of, Chapter.33-208.002 (8), (14), Rules of Conduct. Sergeant Brandon Cothran;
1. Committed Premeditation Malicious Battery with Great Bodily Harm with in intent, by allowing Officer Walker and Officer Gaddie to unlawfully release chemical agents striking Inmate Mathis in the facial area multiple times while restrained, and battering Inmate Mathis by using extreme but excessive use of force maliciously while restrained.

In Violation of, 944.35 (3)(a) 1, Florida Statutes, Malicious Battery On An Inmate. Correctional Officer Remington Walker;
1. Hesitates for a second removes his chemical agents from the holster and sprays striking Inmate Mathis in the facial area. then, Officer Walker immediately forces Inmate Mathis to the floor and position himself on Inmate Mathis back.
2. Sprays striking Inmate Mathis a second time with chemical agents in the facial area, then repositioning himself on Inmate Mathis's back.

In Violation of, 944.35 (3)(a) 1, Florida Statutes, Malicious Battery On An Inmate. Correctional Officer Adam Gaddie;
1. Restrain Inmate Mathis legs as Correctional Officer Walker administered chemical agents striking Inmate Mathis in the federal area on multiple occasions.

In Violation of, 839.13 2A, Florida Statutes, Falsifying an Public Official Records. Correctional Officer Remington Walker;
1. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

5

In Violation of, 839.13 2A, Florida Statutes, Falsifying an Public Official Records. Correctional Officer Adam Gaddie;

1. Prepared official department incident and use of force reports reporting falsely Inmate Mathis became aggressive with them, tried to manipulate his hand restraints and took an aggressive stance towards the officers.

## V. JURY DEMAND

Are you demanding a jury trail?        X Yes          _____ No

## VI. RELIEF REQUESTED

As a direct result of the above defendants Cruel and Unusual Punishment; Plaintiff has sustained Physical and Mental injuries as a result of Brutal Malicious Battery. The Physical abuse has caused Plaintiff both Chronic neck and back Pains. The Plaintiff has life long scars on face and hands. The Plaintiff's mental injuries are PTSD, Severe Anxiety, and Phobia's of people. The Plaintiff wakes up 3 to 4 times a night with a racing heart sweating and feeling like he's going to die. This is a result of reliving the attack while dreaming and awake. The Plaintiff social life has been affected resulting in the loss of meaningful relationships as Plaintiff is afraid to surround himself around the people of the public.

As a result, The Plaintiff hereby seeks $700 Million in Punitive Damages.

## VII. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolos argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on flie with Clerk's Office my result in the dismissal of my case.

DATE: 09/25/2019 , PLAINTIFF'S NAME : Isaac Mathis

_[signature]_

**Signature  of Plaintiff**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Respectfully Summitted,**

_[signature]_

**Isaac Mathis, *Pro SE***

**Florida State Hospital**

**Dorm- C.123**

**P.O. Box 1000**

**Chattahoochee, Florida
32324-1000**

7

neopost
09/30/2019
US POSTAGE $00

Isaac Mathis PA
Florida State Hospital
Dorm-C.123
P.O. Box 1000
Chattahoochee, Florida 32324-1000

Clerk's Office
United States District C
Southern District of Flori
400 North Miami Ave., 8N
Miami, Florida 33128-m

